FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS 2017 AUG 22  PM 2: 59
AUSTIN DIVISION

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

CODY LEDBETTER,
          Plaintiff,

-vs-

BRENT STROMAN, ET AL.,
          Defendants.

CAUSE NO.:
1:17-CV-00479-SS

## O R D E R

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause,
and specifically Defendants' Unopposed Joint Motion to Stay [#5].[1]   After considering
Defendants' motion, the Court finds it is appropriate to STAY the above-styled cause until
resolution of the criminal case against Plaintiff. The stay is imposed WITHOUT PREJUDICE to
a motion to set aside the stay.

Accordingly,

IT IS ORDERED that all proceedings in this case are STAYED WITHOUT
PREJUDICE until resolution of the criminal case against Plaintiff.

IT IS FINALLY ORDERED that all remaining pending motions are DISMISSED
WITHOUT PREJUDICE.

SIGNED this the _____ day of August 2017.

_____
UNITED STATES DISTRICT JUDGE

_____

[1]   Remaining pending motions will be considered by the Court upon refiling of these
motions when the stay is lifted.